**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

**UNITED STATES OF AMERICA**

        **Plaintiff,**

-vs-                                                           **Case No. 3:12-CR-81**

**RICHARD TREPANIER,**

        **Defendant.**

# ORDER

Pursuant to the record made in open Court on April 3, 2013, the Court finds that Defendant's motions, specifically Motion for Production of Jencks Act Material and for Preservation of Agent's Notes (doc. 30), Motion for Production of Exculpatory Evidence (doc. 31), Request for Discovery (doc. 32), Request for Pretrial Notice of Other Evidence to Introduce at Trial (doc. 34) and Request for Notice of Intention to Use Evidence (doc. 35), are MOOT subject to re-filing without prejudice.

**DONE** and **ORDERED** in Dayton, Ohio, this 4th day of April, 2013.

*s/Thomas M. Rose*

_____
THOMAS M. ROSE JUDGE
UNITED STATES DISTRICT COURT