# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

                **Plaintiff,**            Case No.  3: 12 CR 081

-vs-

**RICHARD TREPANIER**

                                           **District Judge Thomas M. Rose**

                **Defendants.**

---

## ENTRY AND ORDER

---

      This matter came before the Court on April 3, 2013 pursuant to Defendant's motion in limine (doc. #38) filed April 2, 2013.   The Court convened a hearing on this motion in limine as well as the Government's motion in limine (doc. #39) also filed April 2, 2013.

      The Court has taken these motions under advisement, subject to in-camera examination of the subject matter sought to be limited and/or admitted.

      The Court, however, based upon the representations of the Government that they do not intend to offer evidence of "marital rape, domestic violence, adult pornography, possession of ammunition and/or guns" finds that portion of   Paragraph 5 of Defendant's Motion moot.

      IT IS SO ORDERED.

                                          _____

                                        THOMAS M. ROSE
                                        UNITED STATES DISTRICT JUDGE